UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.: 3:23-cr-25-KAC-DCP |
| v. | ) | |
| | ) | |
| KENNETH BRIGGS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT & RECOMMENDATION

Before the Court is United States Magistrate Judge Debra C. Poplin's "Report and Recommendation" ("Report") entered on December 13, 2023 [Doc. 108]. On July 17, 2023, Defendant Kenneth Briggs (1) filed a "Motion to Dismiss the Indictment" [Doc. 84] which moves for dismissal of all charges on the grounds that the United States's "factual allegations against Defendant [Kenneth] Briggs, even if proven, are insufficient to establish his guilt of a crime in this indictment" [Doc. 84 at 2]. On August 25, 2023, Defendant Paul Briggs (2) filed a "Motion to Adopt" [Doc. 95] Defendant Kenneth Briggs's Motion to Dismiss [Doc. 84].

The Report recommends that the Court grant Defendant Paul Briggs's Motion to Adopt [Doc. 95] and deny the Motion to Dismiss [Doc. 84]. No Party has objected to the Report, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim P. 59(b)(2).

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 108] under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b)(2). The Court **GRANTS** Defendant Paul Briggs's (2) "Motion to Adopt" [Doc. 95] and **DENIES** the "Motion to Dismiss the Indictment" [Doc. 84] as to Defendants Kenneth Briggs (1) and Paul Briggs (2).

SO ORDERED.

                                                                              s/ Katherine A. Crytzer
                                                                              KATHERINE A. CRYTZER
                                                                              United States District Judge